**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES KYLE WILLIAMS,

       Plaintiff,

v.                                                                   CASE NO. 5:15-cv-00337-MP-EMT

C. BRANNON, et al.,

       Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated May 13, 2016. (Doc. 10). The parties have been furnished a copy of the

Report and Recommendation and have been afforded an opportunity to file objections pursuant

to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and

none have been filed.

Having considered the Report and Recommendation, I have determined that the Report

and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation, Doc. 10, is adopted and
    incorporated by reference in this order.

2.  Plaintiff's Motion for Temporary Injunction, Doc. 8, is DENIED WITHOUT
    PREJUDICE.

**DONE AND ORDERED** this _14th_ day of June, 2016

                          *s/Maurice M. Paul*

                          Maurice M. Paul, Senior District Judge